RECEIVED
AUG 1 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY_____
SHREVEPORT, LOUISIANA

3:16-cv-1202 SECP

To whom it may concern:

I'm being held here at Ouachita Correctional Center being held on a charge of simple position of marijuana, which when I was booked in they called it possesion of marijuana second offence. I haven't been charged with a possesion of marijuana not even once in my life first of all, so I'm trying to see where the second offense comes in at. My true concern is that when I came in here the female officer or deputy that's in charge of the amount of money you have when you come in, she didn't put all of my money on my account. I keep writing up front to let them know, but nothings being done. They saying in so many words that I'm lying, but I have no reason to lie when they took a little over $100 and I came in with 14 times that much. They have a machine that we must type on to contact anybody that's up front, and it usually takes a day or two to respond. Well one of my messages was sent back to me as a printout on a piece of paper, not by the machine. The exact same thing that showed up on the screen of the machine we use. So I asked for a printout of all the messages so far that I've made, and now they said it is no way of doing so when I have proof that they can right here right now in my hand. I don't know what the problem is, but I'm starting to feel singled out, for what reason, I don't know. But I'm writing and I'm asking is there anyway someone there can help me out, or if it's something I can file to help me help myself. Could you please send that to me, or put someone on this case. I wouldn't be wasting your time, or either mine if this was not a serious issue. Somebody need to do something about the way Ouachita Correctional Center handles their prisoners/inmates, because they're really out of line in more ways than just the money I'm talking about disappearing. I can go on and on, but this is about my hard earned money, and I know they have a job to do, that's how they earn their money, but taking an inmate's money is not part of their job. I still should have reciepts in my property from the money I was spending right before I came to jail. You can open up an investagation from right there and it'll show my side of the story is true. And the name of the deputy is L. Cobbs, that's who's responsible for my money. I would like to take the time to say thanks for listening, and may GOD BLESS YOU...